IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY DOYLE YOUNG,

    Petitioner,

v.

UNITED STATES OF AMERCIA,

    Respondent.

                                       /

No. C 10-00957 SBA (PR)

**ORDER REGARDING IN FORMA PAUPERIS MOTION**

    Petitioner has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner filed an in forma pauperis (hereinafter "IFP") application; however, he did not file copies of the Certificate of Funds and prisoner trust account statement.

    The Court cannot conduct an initial review of this matter until Petitioner has either paid the filing fee or filed a completed IFP application with the requisite documents.  See 28 U.S.C. § 1915(a) (a party is permitted to file a civil action in federal court without prepayment of fees or security if he makes an affidavit that he is unable to pay such fees or give security therefor).

    Accordingly, Petitioner shall pay the requisite $5.00 filing fee in this action no later than **thirty (30) days** from the date of this Order.  He shall include with his payment a clear indication that it is for the above-referenced case number, C 10-00957 SBA (PR).  In the event that Petitioner is unable to pay the filing fee, he shall submit the trust account statement and certificate of funds no later than **thirty (30) days** from the date of this Order.  Failure to pay the filing fee or file the requisite documents within the thirty-day deadline shall result in dismissal of this action.

    IT IS SO ORDERED.

DATED: 8/26/10

                                        *Saundra B Armstrong*
                                        SAUNDRA BROWN ARMSTRONG
                                        United States District Judge

G:\PRO-SE\SBA\HC.10\Young0957.Order-IFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY DOYLE YOUNG, | Case Number: CV10-00957 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| UNITED STATES et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy Doyle Young 60012-001
USP - Max - ADX
P.O. Box 8500
Florence, CO 81226-8500

Dated: August 26, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.10\Young0957.Order-IFP.wpd        2