UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TIMOTHY DOYLE YOUNG,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 10-cv-00957-SBA (PR)<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

On November 10, 2010, the Court dismissed the instant action without prejudice based on Petitioner's failure to pay the filing fee or to comply with the deadline for remedying the deficiencies in his in forma pauperis application. Dkt. 19. Petitioner appealed the dismissal. Dkt. 21. On January 4, 2012, the Ninth Circuit affirmed the dismissal and issued its mandate on May 11, 2012. Dkt. 27, 28.

On September 16, 2015, Petitioner filed a motion entitled, "Rule #60," which is liberally construed as a motion for reconsideration of the Court's dismissal of this action. Dkt. 30. Petitioner now seeks reconsideration—more than three years after the Ninth Circuit's affirmance—of the Court's November 10, 2010 Order of Dismissal "due to fraud and perjury." Dkt. 30 at 1. No facts or argument are presented in support of that contention. Moreover, with the mandate having been issued, the instant action has been finally concluded, meaning that no further action will be taken in this case. Accordingly, Petitioner's motion for reconsideration is DENIED. Dkt. 30.

IT IS SO ORDERED.

Dated: 12/2/15

*Saundra B Armstrong*

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge